# Court of Appeals
# of the State of Georgia

ATLANTA,_____March 18, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1217.  DAVID L. HARPER v. THE STATE.**

David L. Harper, who is charged with two counts of criminal trespass, filed a motion to dismiss the accusations on the grounds that they were "vague, incorrect, invalid," failed to charge a crime, and were not supported by the evidence.  The trial court denied the motion, and Harper filed this direct appeal.  Because the charges against Harper remain pending below, the order that he seeks to appeal is interlocutory. Therefore, he was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the denial of his motion to dismiss.  See *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989); OCGA § 5-6-34 (b).  Harper's failure to use those procedures deprives us of jurisdiction over this direct appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,_____*03/18/2015_____
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*